UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WELL GO USA, INC.<br>A TEXAS CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>UNKNOWN PARTICIPANTS IN<br>FILESHARING SWARM IDENTIFIED<br>BY HASH:<br>B7FEC872874D0CC9B1372ECE5ED07A<br>D7420A3BBB,<br><br>    Defendants. | §§§§§§§§§§§§§ CIVIL ACTION NO. 4:12-cv-00963 |

## FINAL JUDGMENT

The Court has received Plaintiff's notice of dismissal (Doc. No. 14.) The Court hereby DISMISSES this case, without prejudice.

**IT IS SO ORDERED.**

**SIGNED** in Houston, Texas, on this the 20th day of May, 2013.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE